M/D 1

RECEIVED
2010 FEB 17 A 10: 32

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Louis Frank Jackson II
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 1:10CV126-TMH
 )  (To be supplied by Clerk of U.S. District
Dothan City Police Department )  Court)
_____ )
_____ )
_____ )
_____ )
_____ )  **DEMAND FOR JURY TRIAL**
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Houston County Jail, 901 E. Main Street Dothan AL 36302

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  501 Caroline St Dothan, Alabama 36301 (Plaintiff's residence)

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dothan Police Dept. Swat team | 210 N. Foster Street |
| 2. | | Dothan, AL 36302 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  On the night of June 10, 2009.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  After the Dothan City Police Department's Swat team entered my residence on and or about

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

9:00 pm to 9:30 pm if I recall correctly, for no apparent reason, I suffered a brutal beating at the hands of the Dothan City Police Department's Swat team unit.

GROUND TWO: Proof that my residence was even being legally entered was never shown to me or my mother who owns the residence.

SUPPORTING FACTS: I asked my court appointed attorney to motion to obtain the search warrant. I never received a copy or even notice that there is one, other than one being made up. So I filed a motion to dismiss in Pro-Se due to the fact the officers made it clear that they didn't know who I nor my mother was. Stuff that should be known when searching a residence.

GROUND THREE: On top of believing my house was illegally being searched, Possession of Marijuana has never been probable cause for the use of excessive force.

SUPPORTING FACTS: Upon being booked in jail, my only charge was Felony possession of marijuana. So can an explanation be given for why I was admitted into the hospital, and treated for injuries sustained from being assaulted by the officers. Other than me suffering from police brutality, I suffered a concussion, cervical neck strain and abrasions that can't be explained why it did. Medical and arrest records are proof.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Grant me maximum benifits on a Police Brutality Claim. Appoint me an attorney to represent me to assure I recieve Justice. Grant me at least 2.5 million dollars and a dismissal of all charges if it comes to a court decision at trial. Payment of medical bills and punishment for those responsible.

*Louis J. Jackson II*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-16-10
(Date)

*Louis J. Jackson II*
Signature of plaintiff(s)

Louis F. Jackson
64004 A-Pod HCJ
901 E. Main Street
Dothan, AL 36302




Office of The Clerk
United States District Courts
P.O. Box 711
Montgomery, AL 36101-0711