THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

LOUIS FRANK JACKSON, II, #64004          )
                                         )
      Plaintiff,                         )
                                         )
v.                                       )          1:10-CV-126-TMH
                                         )            WO
DOTHAN CITY POLICE DEPARTMENT, *et al.,*   )
                                         )
      Defendants.                        )

# ORDER

On March 22, 2010, the Magistrate Judge filed a Recommendation (Doc. 9) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.      The Recommendation (Doc. 9) of the Magistrate Judge is ADOPTED;

2.      Plaintiff's claims against the Dothan City Police Department be DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3.      The Dothan Police Department be DISMISSED as a party to this complaint; and,

4.      This case with respect to the remaining defendants be referred back to the magistrate judge for additional proceedings.

Done this 13th day of April, 2010.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE