THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LOUIS FRANK JACKSON, II, #64004, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:10-CV-126-TMH |
| ) | [WO] |
| ) | |
| JEREMY KENDRICK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On June 4, 2010, the Magistrate Judge filed a Recommendation (Doc. 16) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 16) of the Magistrate Judge is ADOPTED, and

2. This case be DISMISSED without prejudice for plaintiff's abandonment of his claims, failure to comply with the orders of the court, and failure to prosecute this cause of action.

An appropriate judgment will be entered.

Done this 25th day of June, 2010.


/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE